DAVID R. SIMON, State Bar No. 145197
**SIMON LAW GROUP**
17595 Harvard Ave., Suite C515
Irvine, CA 92614
Ph. (714) 975-1728
Email: dsimon1027@gmail.com

BRYAN W. PEASE, State Bar No. 239139
**LAW OFFICE OF BRYAN W. PEASE**
3170 Fourth Ave., Suite 250
San Diego, CA  92103
Tel:   (619) 723-0369
Fax:  (619) 923-1001
Email:  bryanpease@gmail.com

Attorneys for Plaintiff Brian Han

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAN,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; Los Angeles Police Chief CHARLIE BECK; Los Angeles Police Detective II RONALD CADE;  Los Angeles Police Officer WELLS; Los Angeles Police Officer ANTHONY; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-8582 DDP (AJWx)<br>*Hon. Dean D. Pregerson, Ctrm. 9C*<br>*Mag. Andrew J. Wistrich, Ctrm. 690, Roybal*<br><br>**PLAINTIFF'S MOTION IN LIMINE RE: EVIDENCE OF PRIOR SETTLEMENT AGREEMENT** |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff Brian Han seeks to introduce evidence of his prior settlement agreement with A.F. Gilmore Company and Andrews International, the owner and security company for the Farmers Market, respectively.

"Rule 408 specifically provides for the admissibility of compromise and settlement negotiations for the purpose of showing bias or prejudice of a witness." *Hudspeth v. Commissioner*, 914 F.2d 1207, 1214 (9th Cir. 1990).

In the present case, the purpose of introducing evidence of Plaintiff's prior settlement agreement with these non-parties is to show bias or prejudice of witness Troy Boyd, the Andrews International security guard who placed Plaintiff under private person's arrest.

Defendants have been aware of the prior lawsuit and settlement for over a year. Neither the Defendants nor Plaintiff filed a motion in limine on this issue prior to trial, but Defendants raised an objection to such evidence at trial. Accordingly, Plaintiff provides the above authority to address the objection.

Dated:   Dec. 8, 2016         By:   /s/ Bryan Pease
                                    Bryan Pease
                                    Attorney for Plaintiff