# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| Case No. | CV14-08582 DDP | Date | December 8, 2016 |
|---|---|---|---|
| Title: | Brian Han v. City of Los Angeles | | |

Present: The Honorable    DEAN D. PREGERSON

| Patricia Gomez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Bryan Pease <br> Matthew D. Strugar | Surekha A. Pessis |

Day Court Trial    3rd    Day Jury Trial

____ One day trial: **X** Begun (1ˢᵗ day); **X** Held & Continued; ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

**X** Witnesses called, sworn and testified. **X** Exhibits Identified **X** Exhibits admitted.

____ Plaintiff(s) rest.  ____ Defendant(s) rest.

____ Closing arguments made by  ____ plaintiff(s)  ____ defendant(s).  ____ Court instructs jury.

____ Bailiff(s) sworn.  ____ Jury retires to deliberate.  ____ Jury resumes deliberations.

____ Jury Verdict in favor of  ____ plaintiff(s)  ____ defendant(s) is read and filed.

____ Jury polled.  ____ Polling waived.

____ Filed Witness & Exhibit Lists  ____ Filed jury notes.  ____ Filed jury instructions.

____ Judgment by Court for  ____ plaintiff(s)  ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by  ____ plaintiff(s)  ____ defendant(s).

____ Case submitted.  ____ Briefs to be filed by

____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.

**X** Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to _____ for further trial/further jury deliberation.

**X** Other:    Plaintiff's Motion in Limine to Allow Evidence of Settlement (Dkt. No. 101) is DENIED as reflected on the record.

Exhibits returned to counsel.

5 : 18

Initials of Deputy Clerk    PG

cc: