FILED
CLERK, U.S. DISTRICT COURT

2016
DEC - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN HAN,                        )   Case No. CV 14-08582 DDP
                                  )
            Plaintiff,            )   EXHIBIT AND WITNESS LIST
                                  )
      v.                          )
                                  )
CITY OF LOS ANGELES, et al        )
                                  )
            Defendants.           )
_____)

<u>Exhibits</u>

Ex. 1: Dec. 12, 2013 letter from David Simon to LAPD

Ex. 2: Jan. 15, 2014 email from David Simon to Defendant Cade ← 12/6

Ex. 3: Settlement Agreement between Han and Farmers Market

Ex. 4: Dec. 8, 2013 police report ✓

Ex. 5: Dec. 27, 2013 police report ─

Ex. 6: Jan. 5, 2014 police report

Ex. 7: Jan. 12, 2014 police report

Ex. 8: Jan. 19, 2014 police report

Ex. 9: Medical bill from Tower Orthopaedics ─

Ex. 10: Feb. 1, 2013 LAPD Legal Bulletin ─ 12/8

Ex. 11: Jan. 19, 2014 notice to appear

Ex. 12: Dec. 27, 2013 LAPD business card left at scene ✓ 12/8

Ex. 13: Video of Dec. 20, 2013

Ex. 14: Video of Jan. 19, 2014

Ex. 15: Video of Jan. 19, 2014 arrest

Ex. 16: Department interview with Defendant Cade

Ex. 17: Department interview with Defendant Wells

Ex. 18: Department interview with Defendant Anthony

Ex. 19: Department interview with Officer Jarhirasarn

<u>Witnesses</u>

SERGEANT SHON WELLS 12/8

1.   Sgt. Tomeo ─ 12/6

2.   David Simon ─ 12/6

3.   Defendant Cade ─ 12/6 , 12/7

4.   Troy Boyd ── 12/7

5.   Lawrence Ziese ─ 12/7

6.   Plaintiff Brian Han ─ 12/7

1

Plaintiff and Defendants hereby submit the following Joint Exhibit List:

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| | Plaintiff Exhibits: | | |
| | 101 - Dec 8, 2013 police report | | |
| | 102 - Dec 27, 2013 police report | | |
| | 103 - Jan 5, 2014 police report | | |
| | 104 - Jan 9, 2014 police report | | |
| | 105 - Jan 12, 2014 police report | | |
| | 106 - Jan 15, 2014 police report | | |
| | 107 - Jan 19, 2014 police report | | |
| | 108 - June 30, 2014 MRI report | | |
| | 109 - July 8, 2014 medical report | | |
| | 110 - July 8, 2014 supplemental medical report | | |
| | 111 - July 8, 2014 physical therapy order | | |
| | 112 - Deposition of Sgt. Tomeo | | |

| | | |
|---|---|---|
| 113 - Deposition of officer Anthony | | |
| 114 - Deposition of officer Wells | | |
| 115 - Cade responses to interrogatories | | |
| 116 - Cade responses to RFA's | | |
| 117 - City responses to interrogatories | | |
| 118 - City responses to RFA's | | |
| 119 - Beck responses to interrogatories | | |
| 120 - Beck responses to RFA's | | |
| 121 - Anthony responses to interrogatories | | |
| 122 - Anthony responses to RFA's | | |
| 123 - IA interview with Cade | | |
| 124 - IA interview with Anthony | | |
| 125 - IA interview with Wells | | |
| 126 - IA interview with Jarhirasarn | | |

Joint Exhibit List
2

Case 2:14-cv-08582-DDP-AJW   Document   Filed   Page ID #:1418

| | | |
|---|---|---|
| 127 - declaration of Troy Boyd | | |
| 128 - audio interview with Troy Boyd | | |
| 129 - business card left by Officer Day on Dec. 27, 2013 stating "no evid. crime" | | |
| 130 - Dec. 20, 2013 video of Officer Winstanley | | |
| 131 - photographs of area | | |
| 132 - video of arrest | | |
| 133 - photographs of arrest and custody | | |
| 134 - Compassionate Choices pamphlet | | |
| 135 – Citation issued to Plaintiff 1/19/14 | | |
| 136 – Mutual Release and Settlement Agreement between Han and Farmers Market | | |
| Defense Exhibits: | | |
| 201 Photographs of Trader Joe's Market 201.1, 201.2, 201.3, 201.4, & 201.5 | 12/7 | 12/7 |
| 202 Photographs of the Grove Shopping Center | | |
| 203 Photographs of Security Office at the Grove Shopping Center | | |

| | | |
|---|---|---|
| 204 Ban Notice (No Trespass Order) Prepared by Security Officer Boyd on 12/8/13 | 12/6 | 12/6 |
| 205 January 5, 2014 LAPD Investigation Report Re: Trespassing | 12/7 | 12/7 |
| 206 Sergeant Tomeo's Report dated January 5, 2014 | | |
| 207 LAPD Investigation Re: Criminal Threats Report dated January 9, 2014 | 12/6 ~~13+ pay~~ | 12/4 |
| 208 Photograph of Han | 12/7 | 12/7 |
| 209 LAPD Follow-Up Report dated January 17, 2014 | 12/6 pg. pages 1,2,3 | 12/6 |
| 210 LAPD Detective Case Tracking Notes, entry dated January 17, 2014 (referencing meeting between Yearwood/Cade with Deputy City Attorney Wang wherein legal advice was obtained as to the propriety of arresting Plaintiff for Penal Code Section 602.1(a)) | | |
| 211 January 12, 2014 LAPD Investigation Report Re: Trespassing | | |
| 212 Citation Issued to Plaintiff on January 19, 2014 | | |
| 213 Continuation Sheet/Report dated January 19, 2014 Related to Citation | | |
| 214 Private Person's Arrest Report dated January 19, 2014 | 12/7 | 12/7 |

Joint Exhibit List

4

| | | |
|---|---|---|
| 215 Sergeant Wells' Report dated January 19, 2014 | | |
| 216 Ronald Cade's Initial Responses to Plaintiff's Interrogatories | | |
| 217 Ronald Cade's Supplemental Responses to Plaintiff's Interrogatories 1, 2 and 20. | | |
| Exh. 218 - Troy Boyd's Public Safety Incident Report, Incident #14-0119; | | |
| Exh. 219 - Video and/or photographs of Plaintiff referenced in report identified herein as Exhibit No. 218.  (Defendants do not believe they are currently in possession of these items and are unsure whether Plaintiff obtained said evidence in the lawsuit filed against the property owner and the security company. | | |
| EX . 220 | 12/8 | 12/8 |

Dated: