DAVID R. SIMON, State Bar No. 145197
**SIMON LAW GROUP**
17595 Harvard Ave., Suite C515
Santa Ana, CA 92614
Ph. (714) 975-1728
Email: dsimon1027@gmail.com

BRYAN W. PEASE, State Bar No. 239139
**LAW OFFICE OF BRYAN W. PEASE**
3170 Fourth Ave., Suite 250
San Diego, CA 92103
Tel: (619) 723-0369
Fax: (619) 923-1001
Email: bryanpease@gmail.com

MATTHEW STRUGAR, State Bar No. 232951
**LAW OFFICE OF MATTHEW STRUGAR**
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Ph. (323) 626-2299
Email: matthewstrugar@gmail.com

Attorneys for Plaintiff Brian Han

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>Defendants. | Case No. 2:14-cv-8582 DDP (AJWx)<br>*Hon. Dean D. Pregerson, Ctrm. 9C*<br>*Mag. Andrew J. Wistrich, Ctrm. 690, Roybal*<br><br>**STIPULATION OF DISMISSAL**<br><br>**[RULE 41]** |

The parties hereby stipulate that the above action is dismissed in its entirety, with prejudice, pursuant to FRCP Rule 41.

Dated: May 16, 2017 By: /s/ Bryan Pease
Bryan Pease
Attorney for Plaintiff

Dated: May 16, 2017 By: /s/ Surekha Pessis
Surekha Pessis
Attorney for Defendants